AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Catrina Trice-Adams, as trustee for the next of kin of Javis Demar Trice-Adams, Sr., decedent; and as next friend of J.D.T.1, a minor child; Jemara Denise Trice, individually; and Je'Meecia Denae Trice, individually,

        Plaintiffs,

V.

Toyota Motor Corporation, Toyota Motor North America, Inc., Calty Design Research, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Kentucky, Inc., and Toyota Motor Sales, USA, Inc.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  10-cv-2803 ADM/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motions for Summary Judgment in actions Civil Nos. 10-2802, 10- 2804, and 10-2805 [Civil No. 10-2802, Docket No. 135], [Civil No. 10-2804, Docket Nos. 273, 274, 275], and [Civil No. 10-2805, Docket No. 149] are **GRANTED** in part and **DENIED** in part, as stated herein.

2. Defendants' Motion for Summary Judgment in Civil No. 10-2803 [Civil No. 10-2803, Docket No. 124] is **GRANTED**.

3. All claims in the Trice-Adams Complaint [Civil No. 10-2803, Docket No. 165] are **DISMISSED WITH PREJUDICE**.

4. Defendants' Motion to Exclude the Expert Testimony of John Stilson [Civil No. 10-2802, Docket No. 130], [Civil No. 10-2803, Docket No. 119], [Civil No. 10- 2804, Docket No. 268], and [Civil No. 10-2805, Docket No. 144] is **DENIED**.

|  |  |
|---|---|
|       March 18, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/J. Zuech |
| (By) | J. Zuech    Deputy Clerk |

Form Modified:  09/16/04